## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20586-UU

ANA RODRIGUEZ,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner for Social Security,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (the "Motion"). D.E. 26. On March 25, 2021, Chief United States Magistrate Judge John J. O'Sullivan issued a Report and Recommendation (the "R&R"), recommending that the Motion be granted. D.E. 27. The Court has reviewed the R&R and the pertinent portions of the record and is otherwise fully advised in the premises.

In the R&R, Magistrate Judge O'Sullivan recommended that Plaintiff be awarded fees in the amount of $4,280.27. *Id.* Magistrate Judge O'Sullivan required that any objections to the R&R must be filed no later April 8, 2021. *Id.* As of the date of this Order, no objections have been filed. The Court has separately made a review of the R&R, the entire file, and the record herein and agrees with Magistrate Judge O'Sullivan's recommendations in all respects. Accordingly, it is hereby

ORDERED AND ADJUDGED that the R&R (D.E. 27) is RATIFIED, AFFIRMED, and ADOPTED. It is further

ORDERED AND ADJUDGED that the Motion (D.E. 26) is GRANTED. Plaintiff is entitled to a total award of attorneys' fees and costs in the amount of **$4,280.27**. The case remains closed.

DONE AND ORDERED in Chambers, Miami, Florida, this _9th_ day of April, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record